UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TERESA G. MACAWILE AND ROBERT H. MACAWILE,<br><br>Plaintiffs,<br><br>v.<br><br>PRO30 FUNDING, et al.,<br><br>Defendants. | No. 2:12-cv-00567-MCE-DAD<br><br><br>ORDER TO SHOW CAUSE |

By Order dated July 13, 2012, this Court dismissed with leave to amend Plaintiffs' Complaint in this action. The Court specifically instructed Plaintiffs to file any amended complaint within twenty days of the filing of the Order. Plaintiffs have not, to date, filed any amended pleadings in this action.

Plaintiffs are hereby ORDERED TO SHOW CAUSE on October 4, 2012, at 2:00 p.m. in Courtroom 7, why their Complaint should not be dismissed without leave to amend. Plaintiffs are to submit a brief establishing cause to this Court not later than ten (10) days from the date of this Order.

///

///

///

1

Failure to file the required brief will result in dismissal, without further notice, of Plaintiffs' action in its entirety and with prejudice.

IT IS SO ORDERED.

Dated:  September 17, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE